IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 1. BARAHURA, BRIAN, | ) | |
| 2. BURICH, PETER W. | ) | |
| 3. CAVANAUGH, MARY | ) | |
| 4. ENETE, SHANNON | ) | |
| 5. HOWARD, CHRISTOPHER K. | ) | |
| 6. RODRIGUEZ, VICTOR | ) | |
| 7. SCHULE, WARNER | ) | No. 07-696C |
| 8. SYLIVA, KYLE | ) | (Judge Williams) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 days, to and including January 10, 2008, within which to file its response to plaintiff's complaint. Defendant's response is now due to be filed on November 26, 2007. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiffs' counsel, who has indicated that plaintiffs will not oppose this request.

Defendant has sent to the United States Marine Corps ("Marine Corps") a copy of the complaint with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] The Marine Corps needs more time to gather

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the

and review any information necessary for preparation of the Marine Corps's litigation report and suggested response to the complaint. Once the information gathering process is complete, the Air Force will require time to prepare the report and suggested response, and deliver these materials to defendant's counsel. Once the litigation report is received, defendant's counsel will need sufficient time to review the litigation report, obtain any additional information or clarification from the Marine Corps, and prepare and file the Government's response to the complaint, following mandatory supervisory review.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 45-day enlargement of time within which to file its response to plaintiffs' complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

---

claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 353-0897
Fax: (202) 307-0972

November 9, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 9th day of November 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/Jane C. Dempsey