# In the United States Court of Federal Claims

**(No. 07-696C)**
**(Filed March 13, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**BARAHURA, BRIAN, ET AL.,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER SCHEDULING PRELIMINARY STATUS CONFERENCE

Pursuant to the agreement of the parties, a preliminary status conference has been scheduled for **March 19, 2008, at 2:00 p.m. E.T.** The Court will initiate the teleconference.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**