# In the United States Court of Federal Claims

**No. No. 07-696C**
**(Filed: March 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BARAHURA, BRIAN, ET AL.,** *

**Plaintiffs,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**SCHEDULING ORDER**

---

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the Court held a conference with the parties on March 19, 2008, to set a schedule for discovery, pretrial and trial and to address any outstanding issues with the parties. In accordance with the representations made by the parties, the Court schedules the following:

1. **Exchange of Initial Disclosures**. The parties shall exchange their initial disclosures, in accordance with RCFC 26(a)(1), on or before **May 8, 2008.**

2. **Fact Discovery**. All fact discovery, including all depositions, shall conclude on or before **August 29, 2008.** In order to achieve this deadline, the parties shall make witnesses available for deposition at reasonably convenient locations and times. The parties are reminded that the rules of the Court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying. . . ." See RCFC 32(a).

3. **Dispositive Motions**. Any dispositive motion shall be filed on or before **October 30, 2008.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**