IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 1. BARAHURA, BRIAN, | ) | |
| 2. BURICH, PETER W. | ) | |
| 3. CAVANAUGH, MARY | ) | |
| 4. ENETE, SHANNON | ) | |
| 5. HOWARD, CHRISTOPHER K. | ) | |
| 6. RODRIGUEZ, VICTOR | ) | |
| 7. SCHULE, WARNER | ) | No. 07-696C |
| 8. SYLVIA, KYLE | ) | (Judge Williams) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, the parties respectfully request that this Court grant an enlargement of time of 60 days, to and including October 30, 2008, within which to conduct fact discovery. The current deadline for completion of fact discovery is August 30, 2008. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel has reviewed this motion, and authorizes undersigned counsel to state that plaintiffs join in this request.

Additional time is necessary for the parties to conduct discovery because the parties had been involved in discussions regarding the possibility of reaching a

resolution to this case. The parties have determined that settlement, at this juncture, is not feasible. The parties, therefore, need more time in order to take depositions and answer discovery requests.

Accordingly, we respectfully request that this Court grant the parties' unopposed motion for an enlargement of time of 60 days, to and including October 30, 2008, within which to complete fact discovery, with a corresponding enlargement of time to file dispositive motions.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/Martin F. Hockey, Jr.
MARTIN F. HOCKEY, JR.
Assistant Director

/s/Jane C. Dempsey

JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 353-0897
Fax: (202) 307-0972

Of Counsel:
Patrick A. Hodges
Associate Counsel
Western Area Counsel Office
Office of the General Counsel
Department of the Navy
Box 555231
Camp Pendleton, CA 92055-5231
Tel: (760) 725-5168/3009

August 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of August 2008, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was served by electronic delivery to:

David Ricksecker
Woodley & McGillivary
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005

/s/Jane C. Dempsey