# In the United States Court of Federal Claims

**(No. 07-696C)**

**(Filed August 19, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**BARAHURA, BRIAN, ET AL.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING JOINT MOTION FOR AN ENLARGEMENT OF TIME**

---

On August 19, 2008, the parties filed a joint motion for an enlargement of time of 60 days, to and including October 30, 2008, within which to conduct fact discovery, with corresponding time to file dispositive motions. Good cause having been shown, this motion is **GRANTED.** The Court's March 19, 2008 scheduling order is amended as follows:

1. **October 30, 2008** Fact Discovery to be completed.

2. **December 30, 2008** Any dispositive motions shall be filed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**